UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN PAYTON | * | CIVIL ACTION |
| VERSUS | * | NO. 25-1481 |
| LAMARQUE FORD | * | SECTION "A" (2) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant Lamarque Ford and against Plaintiff Jonathan Payton, dismissing Plaintiff's complaint with prejudice as frivolous under 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana, this ___14th___ day of _____April_____, 2026.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE